# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPOINT HOME LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.20-cv-01451 |
| COURTNEY HOARD | ) |
| and | ) |
| BRITANNICA HOME FASHIONS, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, WestPoint Home LLC ("WestPoint"), and Defendants, Courtney Hoard and Brittanica Home Fashions, Inc. ("Defendants"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice, and state as follows:

1. WestPoint and Defendants seek the dismissal of this action with prejudice as provided herein.

2. WestPoint and Defendants agree that each party shall bear its own costs and attorneys' fees in connection with or relating to this action.

3. WestPoint and Defendants agree that the Stipulated Order entered by this Court on February 24, 2020 (the "Stipulated Order") remains in effect, and this Court shall retain jurisdiction to enforce the Stipulated Order.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

Dated: February 25, 2020

_____
Amy C. Gross
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Tel: (212) 692-1000
Fax: (215) 692-1020
acgross@duanemorris.com
*Counsel for Plaintiff,*
*WestPoint Home LLC*

_____
Mary A. Smith
JACKSON LEWIS
44 South Broadway
14th Floor
White Plains, NY 10601
Tel: (914) 872-8060
Fax: (914) 946-1216
Mary.Smith@jacksonlewis.com
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPOINT HOME LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COURTNEY HOARD ) <br> ) <br> and ) <br> ) <br> BRITANNICA HOME FASHIONS, INC., ) <br> ) <br> Defendants. ) | Case No. 20-cv-01451 |

## [PROPOSED] ORDER OF DISMISSAL

The Court, having considered the stipulation of Plaintiff WestPoint Home LLC and Defendants Courtney Hoard and Britannica Home Fashions, Inc., and good cause appearing, orders as follows:

1. The action filed by WestPoint Home LLC is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Defendants.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court retains jurisdiction to enforce the Stipulated Order entered by this Court on February 24, 2020. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 26, 2020

_____
Judge Jesse M. Furman
United States District Judge

3

DM2\12306700.1